IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| LARRY JOHN HODGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 20-00614-CV-W-DPR-SSA |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security,[1] | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Plaintiff Larry John Hodge's Motion for Attorney Fees. (Doc. 24.) Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, the parties agree Plaintiff should be awarded attorney fees in the amount of $7,250.00. (Doc. 25.) Upon review, the Court finds that Plaintiff is entitled to an award of attorney fees under the EAJA, and the amount requested is reasonable. Also, per Plaintiff's Affidavit (doc. 24-1), the award may be made payable to Cathleen A. Shine. Accordingly, it is

**ORDERED**, Plaintiff's Motion for Attorney Fees (doc. 24) is **GRANTED** per the parties' agreement; and it is further

**ORDERED**, Plaintiff is awarded $7,250.00 in attorney fees to be paid by the Social Security Administration, subject to offset to satisfy any pre-existing debt Plaintiff may owe to the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010).

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: July 27, 2021

---

[1] Kilolo Kijakazi became Acting Commissioner of Social Security on July 9, 2021. Pursuant to Fed. R. Civ. P. 25(d)(1), Kilolo Kijakazi is substituted for Andrew Saul as the defendant in this suit. By reason of the last sentence of 42 U.S.C. § 405(g), no further action need be taken.